ORDER:
Motion granted. The Initial Case Mgt Conference is continued to June 19, 2012, at 10:30 am.

*E. Clifton Knowles*
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF TENNESSEE

PATRICIA FIELDING and
RICHARD Z. FIELDING,

    Plaintiff

v.

FCC FINANCE, LLC,

    Defendant

**Case No.:** 3:12-cv-00194

## PLAINTIFFS' MOTION TO MODIFY THE APRIL 9, 2012 ORDER SCHEDULING THE INITIAL CASE MANAGEMENT CONFERENCE

Plaintiffs, PATRICIA FIELDING and RICHARD Z. FIELDING, through their undersigned counsel, hereby move to modify this Court's April 9, 2012 Order, and in support, state as follows:

1. On February 21, 2012, Plaintiffs filed a Complaint against FCC FINANCE, LLC alleging violations of the Fair Debt Collection Practices Act (FDCPA). See Docket Entry 1.

2. On February 21, 2012, the Court entered an order scheduling an initial case management conference for April 9, 2012 at 10:00am. See Docket Entry 4.

3. On March 14, 2012 a Request for Waiver of Summons was sent to Defendant, FCC FINANCE, LLC; pursuant to the Request for Waiver of Summons, the Defendant was to return the Waiver executed within thirty (30) days. See Exhibit "A".

4. The undersigned has confirmed with the United States Postal Service via www.usps.gov that the correspondence sent to FCC FINANCE, LLC with Certified Mail