ORDER:
Motion granted.

*E. Clifton Knowles*
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| PATRICIA FIELDING and RICHARD Z. FIELDING,<br><br>Plaintiff<br><br>v.<br><br>FCC FINANCE, LLC.,<br><br>Defendant | )<br>)<br>)<br>)<br>) CASE NO: 3:12-cv-00194<br>)<br>)<br>)<br>)<br>) |

**CONSENTED TO MOTION TO MODIFY THE
MAY 17, 2012 ORDER SETTING AN
INITIAL CASE MANAGEMENT CONFERENCE FOR JUNE 19, 2012**

COME NOW, Plaintiffs, Patricia and Richard Fielding, by and through their counsel, Amy L. Bennecoff, Kimmel & Silverman, P.C., and hereby move this Honorable Court to Modify its May 17, 2012 Order setting an Initial Case Management Conference for June 19, 2012, an in support thereof, Plaintiff states the following:

1. On May 17, 2012, the Court entered an Order setting an Initial Case Management Conference in this matter for June 19, 2012 at 10:30 A.M before the Honorable E. Clifton Knowles. See Docket Entry 9.

2. Plaintiff's counsel, Amy L. Bennecoff, resides in Pennsylvania and is currently pregnant.

3. For health reasons, Plaintiffs seek leave for their counsel to appear telephonically for the Initial Case Management Conference to avoid travel that would place her at a considerable distance from her obstetrician.